UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

In the matter of:  )  CHAPTER 7, CASE NO. 20-40858-EJC
   SISCO, CHRISTOPHER A  )  TRUSTEE FILE NO.
  )
   DEBTOR(S).  )

### TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPT | ABANDONED |
|---|---|---|---|
| 2018 Nissan Titan Platinum Reserve 4wd, 36,000 Miles | $ 40,575.00 | $ 0.00 | TC |
| 2016 Triumph Tiger 800 Xr, 1,000 Miles | $ 7,065.00 | $ 0.00 | TC |
| Hhgs And Furnishings | $ 1,000.00 | $ 1,000.00 | TC |
| Tv | $ 150.00 | $ 150.00 | TC |
| Ar-15 9 Mm | $ 300.00 | $ 300.00 | TC |
| Clothing And Shoes | $ 200.00 | $ 200.00 | TC |
| Checking: Wells Fargo | $ 800.00 | $ 800.00 | TC |
| Savings: Wells Fargo | $ 30.00 | $ 30.00 | TC |
| Sisco Transportation Inc. Opened January 1st, 2008 No Sale Value, 100% Ownership | $ 0.00 | $ 0.00 | TC |

Comes now, TIFFANY E. CARON, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Date: 11-2-20

Signed: /s/ Tiffany E. Caron
TIFFANY E. CARON, Trustee